IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff(s), ) | NO.   07-CR-40052-001-MJR |
| ) | |
| vs. ) | DATE: May 30, 2008 |
| ) | |
| STEVEN LANE LACEY, ) | TIME: 10:00 AM - 11:05 AM |
| ) | TIME: 11:20 AM - 01:05 PM |
| Defendant(s). ) | PLACE: E. St. Louis |

**PRESENT: HONORABLE MICHAEL J. REAGAN**
**DEPUTY CLERK: Annie McGraw**     **COURT REPORTER: Barb Kniepmann**

**Counsel for Plaintiff(s):**     George Norwood
**Counsel for Defendant(s):**   Michael Radloff, Dean Boland

## MINUTES OF IN COURT HEARING

Defendant appears in open Court with counsel.

Government calls Jon Ford and witness is sworn to testify (10:08 am - 12:30 pm).

**Government's** Exhibits #10 - Interview of Lacey; #11- Statement of Lacey; #2 - Photo of membership list; #3 - Copy of photo list; #4 - Copy of group of items; #6 - List of files; #7 - List of CDs;  #5 - Survey list; #8 - Invite Rules; #9 - Photo of Yahoo Adult profile; #1 - DVD; #12 - Photo of Report, #13 - National Center Report, are offered and admitted.  **Defendant's** Exhibits #1 - Child Identification Report; #3 & 4 - Letters, are offered and admitted.  All Exhibits are placed in an envelope and held in chambers until sentencing is completed.

Closing arguments presented by counsel for Government and defense counsel.

**Sentencing will continue Thursday, June 5, 2008 at 9:00 AM.**

Defendant is remanded to the custody of the U. S. Marshal.