# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF RECORD RETURN

July 6, 2009

**RECEIVED JUL -9 2009 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF ILLINOIS BENTON OFFICE**

To:   Norbert G. Jaworski
      UNITED STATES DISTRICT COURT
      Southern District of Illinois
      Benton , IL 62812-0000

| | |
|---|---|
| No.: 08-2515 | UNITED STATES OF AMERICA, Plaintiff - Appellee<br><br>v.<br><br>STEVEN L. LACEY, Defendant - Appellant |

| Originating Case Information: |
|---|
| District Court No: 4:07-cr-40052-MJR-01<br>Southern District of Illinois<br>District Judge Michael J. Reagan |

The mandate or agency closing letter in this cause issued on July 6, 2009.
Returned herewith is the record which was transmitted to this court.

RECORD ON APPEAL STATUS:        Entire record returned
                                consisting of

Pleadings:                                              1

Sealed Envelopes:                                       2

Please acknowledge receipt of these documents on the enclosed copy of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

**Date:**                                               **Received by:**

_July 14, 2009_                                         _Kisa Sidwell_

form name:  **c7_Record_Return_toDC** (form ID: **205**)